# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127829

LAURINDA HINKLE and ESTATE OF CRAIG
D. HINKLE, by LAURINDA HINKLE, Personal
Representative,
        Plaintiffs-Appellees,

v

CESSNA AIRCRAFT CO.,
        Defendant-Appellant,

and

LEAR ROMEC, a/k/a HYDRO-AIRE, and
TELEDYNE CONTINENTAL MOTORS, a/k/a
TELEDYNE INDUSTRIES,
        Defendants-Appellees,

and

UNITED STATES OF AMERICA,
        Intervenor-Appellee,

and

RILEY AVIATION, INC., HANSEATIC AIR,
INC., HANSEATIC AIR OF MICHIGAN, INC.,
COLDWATER AIR, INC., TRI-STATE
AIRMOTIVE, LLC., AIRCRAFT ACCESSORIES
OF OKLAHOMA, and TRI-STATE AVIATION
SERVICES,
        Defendants.
_____/

SC: 127829
COA: 247099
Branch CC: 96-003161-NP

        On order of the Court, the application for leave to appeal the October 28, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

d0919